**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES KOBERMANN, SR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:19-CV-3083 DDN |
| | ) | |
| CINDY GRIFFITH, | ) | |
| | ) | |
| Respondent. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court upon the motion of *pro se* petitioner James Kobermann, Sr. for appointment of counsel in this action brought under 28 U.S.C. § 2254. ECF No. 5. Habeas proceedings are civil in nature and therefore, a habeas petitioner does not have a Sixth Amendment right to counsel. *See Hilton v. Braunskill*, 481 U.S. 770, 776 (1987); *Hoggard v. Purkett*, 29 F.3d 469, 471 (8th Cir. 1994). Instead, in a habeas proceeding pursued by a prisoner challenging state custody not involving a capital sentence, such as this case, 18 U.S.C. § 3006A governs the appointment of counsel for a petitioner who is "financially unable to afford counsel." 28 U.S.C. § 2254(h). Under § 3006A, a court may appoint an attorney to represent a "financially eligible" § 2254 petitioner if "the interests of justice so require." 18 U.S.C. § 3006A(a)(2)(B). In this case, petitioner states in his motion for appointment of counsel that he has "no schooling" and cannot read or write. ECF No. 5 at 1. As a result, the Court finds that the interests of justice require the appointment of counsel here. *See Abdullah v. Norris*, 18 F.3d 571, 573 (8th Cir. 1994) (discussing the habeas court's discretion to appoint counsel).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for appointment of counsel [ECF No. 5] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Office of the Federal Public Defender, for the Eastern District of Missouri, is appointed to represent petitioner JAMES KOBERMANN, SR., in this matter.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to forward a copy of the case file for this matter to the Office of the Federal Public Defender, for the Eastern District of Missouri.

**IT IS FINALLY ORDERED** that appointed counsel shall file an amended petition in this matter within **forty-five (45) days** of receipt of a copy of the Court file.

Dated this 4th day of December, 2019.

DAVID D. NOCE
UNITED STATES MAGISTRATE JUDGE